# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BALANCED BRIDGE FUNDING, LLC,** | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4073 |
| | : | |
| **MITNICK LAW OFFICE, LLC,** | : | |
| | : | |
| Respondent. | : | |

| | | |
|---|---|---|
| **MITNICK LAW OFFICE, LLC,** | : | |
| | : | |
| Petitioner, | : | MISCELLANEOUS CASE |
| | : | |
| v. | : | NO. 21-MC-75 |
| | : | |
| **BALANCED BRIDGE FUNDING, LLC,** | : | |
| | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 22ⁿᵈ day of June 2022, **IT IS HEREBY ORDERED AND DECREED** that a Conference regarding the outstanding Petitions in this matter shall take place on **Wednesday, June 29ᵗʰ at 11:00 AM**. The Conference will be virtual and on the record. Instructions to log into the virtual conference will be sent to the Parties via email. The Parties shall be prepared to address all arguments raised in their respective Petitions.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**