IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BALANCED BRIDGE FUNDING, LLC,** : | |
| : | |
| Petitioner, : | CIVIL ACTION |
| : | |
| v. : | NO. 21-4073 |
| : | |
| **MITNICK LAW OFFICE, LLC,** : | |
| : | |
| Respondent. : | |

| | |
|---|---|
| **MITNICK LAW OFFICE, LLC,** : | |
| : | |
| Petitioner, : | MISCELLANEOUS CASE |
| : | |
| v. : | NO. 21-MC-75 |
| : | |
| **BALANCED BRIDGE FUNDING, LLC,** : | |
| : | |
| Respondent. : | |

### ORDER AND JUDGMENT

**AND NOW**, this 18th day of July 2022, upon consideration of Balanced Bridge Funding LLC's Petition to Confirm Arbitration Award, and the Court having been advised that Mitnick Law Office withdraws its Petition to Vacate Arbitration Award,[1] **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Petition to Confirm is **GRANTED,** and the Petition to Vacate is **DISMISSED WITH PREJUDICE**.

---

[1] The Parties did not proceed to a bench trial after Mitnick Law Office informed the Court that it withdraws its Petition to Vacate the Arbitration Award.

2. The Arbitrator's September 1, 2021 Final Award is **CONFIRMED,** and **JUDGMENT** is hereby entered in favor of Balanced Bridge Funding LLC and against Mitnick Law Office, LLC in the total amount of $2,889,875.00, comprised of the following:

a. $ 2,742,313.00, representing the $2,307,119.00 stated in the Final Award, plus contract interest accrued from August 1, 2021 through June 30, 2022 per the Final Award;

b. $102,605.01, representing Balanced Bridge Funding LLC's reasonable attorney's fees and costs awarded by the Arbitrator;

c. $44,957.00, representing the administrative fees and expenses of the arbitration advanced by Balanced Bridge Funding LLC and awarded by the Arbitrator, which shall bear post-judgment interest under 28 U.S.C. §1961 from the date of this order.

3. The judgment shall bear interest at the statutory rate of five percent under 28 U.S.C. §1961 from the date of this order.

4. Mitnick Law Office's Motion to Quash (ECF No. 11) is **DENIED AS MOOT**.

5. The Clerk of Court shall mark both cases as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**